LEONARD BENOWICH (LB-6129)
ROOSEVELT & BENOWICH, LLP
1025 Westchester Avenue
White Plains, New York 10604
(914) 946-2400
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TENNENBAUM CAPITAL PARTNERS LLC,  :

                Plaintiff,  :

    -against-  :

MICHAEL T. KENNEDY,  :

                Defendant.  :

  :
-----------------------------------------------------------x

07 Civ. 9695 (LTS)(DCF)

**DECLARATION OF LEONARD BENOWICH**

      **LEONARD BENOWICH**, pursuant to 28 U.S.C. § 1746, declares the following to be true and correct under the penalty of perjury:

      1.     I am a member of the bar of this Court, and of Roosevelt & Benowich, LLP, counsel of record for Plaintiff.  Unless otherwise indicated, I have personal knowledge of the facts and circumstances set forth herein.

      2.     I submit this Declaration in response to the Court's request, contained in the court's *sua sponte* show cause order dated November 13, 2007, requesting information "sufficient to demonstrate a basis for subject matter jurisdiction in this Court...."

      3.     Plaintiff Tennenbaum Capital Group, LLC is a limited liability company organized under the laws of the State of Delaware.

4.     The names of each of Plaintiff's members is proprietary and confidential; they have not been publicly disclosed and they are not publicly available.

5.     Plaintiff has 12 members, each of whom or which is a citizen of the State of California. None of the members of Plaintiff is a citizen of the State of Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2007, at White Plains, New York.

/s/_____
Leonard Benowich