# Affidavit of Process Server

United States District Court of Southern New York
(NAME OF COURT)

Tennenbaum Capital Partners vs Michael T. Kennedy        07-CV-9695
PLAINTIFF/PETITIONER        DEFENDANT/RESPONDENT        CASE NUMBER

I, Brandon Segal, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Michael T. Kennedy
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) summons & complaint, civil cover sheet

by leaving with Michael T. Kennedy            Defendant            At
                NAME                            RELATIONSHIP

☑ Residence  1653 East Boot Rd.            West Chester, PA 19380
              ADDRESS                        CITY / STATE

☐ Business _____
              ADDRESS                        CITY / STATE

On November 13th, 2007        AT 6:50PM
   DATE                          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
       CITY           STATE           ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☑ Other _signing is not a must_

**Service Attempts:** Service was attempted on: (1) _____   (2) _____
                                                    DATE  TIME       DATE  TIME
(3) _____   (4) _____   (5) _____
     DATE  TIME        DATE  TIME       DATE  TIME

**Description:** Age 65   Sex M   Race W   Height 6'2"   Weight 230   Hair GRY   Beard No   Glasses No

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2007

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MAYA GERSHKOVICH, Notary Public
Bensalem Twp., Bucks County
My Commission Expires October 18, 2011



FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS