UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TENNENBAUM CAPITAL PARTNERS LLC,

    Plaintiff,

    -against-

MICHAEL T. KENNEDY,

    Defendant.

------------------------------------------------------------X

Civil Action No.

07 Civ. 9695 (LTS)(DCF)

STIPULATION

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: DEC 0 4 2007

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their undersigned counsel, that Defendant's time to answer, move, or otherwise plead in response to the Complaint shall be extended to and including January 3, 2008.

TENNENBAUM CAPITAL
PARTNERS LLC

By: _____
Leonard Benowich (LB-6129)

ROOSEVELT & BENOWICH, LLP
1025 Westchester Avenue
White Plains, New York 10604

Attorneys for Plaintiff

MICHAEL T. KENNEDY

By: _____
Stuart I. Friedman (SF-9186)

FRIEDMAN & WITTENSTEIN
A Professional Corporation
600 Lexington Ave
New York, New York 10022

Attorneys for Defendant

SO ORDERED:

Date: 12/3/07

_____
The Honorable Laura T. Swain
United States District Judge