UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TENNENBAUM CAPITAL PARTNERS LLC,

    Plaintiff,

-against-

MICHAEL T. KENNEDY,

    Defendant.
-----------------------------------------------------------X

07 Civ. 9695 (LTS)(DCF)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 3 2008

  WHEREAS the parties have agreed that following the entry of a mutually satisfactory protective order providing for, inter alia, confidentiality, Defendant has agreed to provide Plaintiff with certain financial information, and Plaintiff has agreed to extend Defendant's time to respond to the Complaint until seven (7) days after Plaintiff's counsel has given Defendant's counsel a written demand therefor:

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that Defendant's time to answer, move, or otherwise plead in response to the Complaint is extended from January 3, 2008 to and including a date seven (7) days following the date Defendant's counsel receives a written notice from Plaintiff's counsel demanding a response to the Complaint.

Dated: December 27, 2007

ROOSEVELT & BENOWICH, LLP

By: _____
Leonard Benowich (LB-6129)
1025 Westchester Avenue
White Plains, New York 10604
(914) 946-2400
*Attorneys for Plaintiff*

SO ORDERED:
Date: 1/2/2008

FRIEDMAN & WITTENSTEIN,
A Professional Corporation

By: _____
Stuart I. Friedman (SF-9186)
600 Lexington Avenue
New York, New York 10022
(212) 850-8700
*Attorneys for Defendant*

_____
Laura T. Swain, U.S.D.J.