June 24, 2008



Benowich Law, LLP
1025 Westchester Avenue
White Plains, NY 10604
T (914) 946-2400
F (914) 946-9474
benowichlaw.com

# Benowich

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

By Fax: 212-805-0426

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: Tennenbaum Capital Partners LLC v. Kennedy
      07 Civ. 9695 (LTS)(DCF)

Dear Judge Swain:

  This firm is counsel to Plaintiff. We write to request a further adjournment of the pre-trial conference which is currently scheduled for June 30, 2008 at 4:30 P.M.

  As Your Honor may recall from our earlier letter, as a result of which Your Honor adjourned previous pre-trial conferences, the parties entered into a stipulation, so-ordered by this Court, adjourning Defendant's time to answer or move with respect to the Complaint for an indeterminate period of time, *sine die*, provided, however, that Plaintiff may at any time, on seven (7) days notice, demand that Defendant respond thereto. The parties entered into this arrangement because Defendant agreed to provide Plaintiff with certain financial information to see if this matter can be resolved.

  Defendant has continued to provide us with material. In addition, I will be out of the country on June 30. Under the circumstances, we respectfully request a further adjournment of the pre-trial conference.

Respectfully submitted,

Leonard Benowich

LB/gpb
cc: Stuart I. Friedman, Esq.
   David Hollander

*The conference is adjourned to August 15, 2008, at 10:30 AM. No further adjournments.*
SO ORDERED.

LAURA TAYLOR SWAIN 6/24/08
UNITED STATES DISTRICT JUDGE