**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing **Defendant's First Request for the Production of Documents and Things** on Plaintiff Tennenbaum Capital Partners, LLC by sending the same by United States (and electronic) Mail to its attorney Leonard Benowich, Esq., at Benowich Law, LLP, 1025 Westchester Avenue, White Plains, New York 10064.

This 10th day of September, 2008.

                                          FRIEDMAN & WITTENSTEIN
                                        A Professional Corporation

                                        By: _____
                                                Jonathan D. Daugherty (JD-3126)
                                                *jdaugherty@friedmanwittenstein.com*

                                        600 Lexington Avenue
                                        New York, New York 10022
                                        (212) 750-8700
                                        (212) 223-8391 (facsimile)

                                        *Attorneys for Defendant*
                                        *Michael T. Kennedy*